

No. 11–0440/MC.  U.S. v. Nicholas S. Stewart.  CCA 201000021.  Appellant's motion to substitute the joint appendix granted.

No. 11–0671/AR.  U.S. v. John E. Hatley.  CCA 20090329.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including September 28, 2011.

No. 12–0012/AF.  U.S. v. Natasha S. Justice.  CCA 37446.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 3, 2011.

Wednesday, September 14, 2011

No. 11–0614/NA.  U.S. v. Abayomi O. Kalejaiye.  CCA 201100007.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 11–0642/AF.  U.S. v. Daniel W. Drews.  CCA S37727.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.